UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES W. MENEFIELD, JR., ) | |
| ) | |
| Petitioner, ) | Case No. CV 12-8845 VAP (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| RON BARNES, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

   The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, and petitioner's objections to the Report. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

   DATED: March 15, 2013___

   _____
   Virginia A. Phillips
   United States District Judge