UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES W. MENEFIELD, JR., | ) | Case No. CV 12-8845-VAP(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RON BARNS, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 15, 2013

_____
Virginia A. Phillips
United States District Judge